```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------X
PETER THOMAS,

                         Plaintiff,        06-CV-3405
                                           (CPS)(CLP)
                                           ORDER
       - against -

CITY OF NEW YORK, et al.,

                         Defendants.
-------------------------------------------X
```

No objections to the Report and Recommendation of Magistrate Judge Pollak dated March 25, 2008, having been filed by the parties, the Report and Recommendation is hereby adopted and the complaint is dismissed. The Clerk is directed to enter judgment in accordance with the Report and Recommendation.

The Clerk is directed to transmit a copy of the within to all parties and to Magistrate Judge Pollak.

SO ORDERED.

Dated:   Brooklyn, New York
         June 10, 2008

                          s/Hon. Charles P. Sifton
              By: _____
                          United States District Judge